FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Hunt 3130
(Last Name)   (Identification Number)

Courtney Orlandus
(First Name)   (Middle Name)

Marshall County C.F.
(Institution)

Marshall County Correctional Facility
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUL - 1 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

M.D.O.C.

CIVIL ACTION NUMBER: 3:22cv368 KHJ-MTP
*(to be completed by the Court)*

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?   Yes (✓)  No (  )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: 1:12-cv-57 and Eleven more.

2. Court (if federal court, name the district; if state court, name the county): Northern District and Southern District.

3. Docket Number: 1:12-cv-57.

4. Name of judge to whom case was assigned: Sharion Aycock

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Frivilous.

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Courtney O. Hunt   Prisoner Number: 13130

Address: Marshall County Correctional Facility, Holly Springs, MS.

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: M.D.O.C., Medical, and Field Opp. is employed as _____ at _____

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Courtney O. Hunt

ADDRESS: Marshall County C.F. MS.

DEFENDANT(S):

NAME:
Nurse Yant
Nurse Chandler
Psych Dr. Alexander

ADDRESS:
Marshall County Corr. Fac.

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (√)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

Yes (√)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (√)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (√)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes (√)   No ( ), if so, state the results of the procedure: They said "it's been to long, to complain about.

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

   Yes (√)   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): You caused me Glaucoma.

3. State the date your claims were presented: 06-20- or 06-21-22.

4. State the result of the procedure: No Response.

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

I have Gilav Coma. My Life Is In Danger. Nurse Yant and Nurse Chandler know, that I have Gilav Coma. M.D.O.C. Caused me to have Gilav Coma. From 1994, Slave Driving Me. And by being Jumped on, by Correctional Officers, and Dangerous and Violent Inmates. I am legally Stomped, Mentally Retarded, Domintia Retarded, Trau-matic Brain Injured, Personality Disorder-ed, and Deformed, Of my Left and Right Feet. Look ON Back.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I need 50 Million Dollars. Or, give me a Pent house, for me, and my Ladies.

Signed this 23rd day of June, 2022

Courtney O. Hunt
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

06-23-22
(Date)

Courtney O. Hunt
Signature of plaintiff

4

I had a Bad, Car Accident, back in 1989. I was under the state's Care, when I had my Automobile Accident. At the Columbia Training School.